IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No.: 2011 C 3966<br>)<br>) Judge Chang<br>) |
| BOSS TRUCKING OF WATSEKA, INC. an Illinois corporation, | )<br>) Magistrate Judge Nolan<br>) |
| Defendant. | ) |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on June 10, 2011 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service was made upon Boss Trucking of Watseka, Inc. an Illinois corporation upon the Secretary of State on July 27, 2011 and a copy of the proof of service was filed with the court on August 1, 2011.

3. Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

        $17,933.46 Pension
        $27,919.32 Welfare
          $925.00 Attorneys fees
          $360.00 Court costs
        $47,137.78

WHEREFORE, Plaintiff prays for:

1. Entry of judgment against Defendant, Boss Trucking of Watseka, Inc., an Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $47,137.78.

> TRUSTEES OF THE SUBURBAN TEAMSTERS
> OF NORTHERN ILLINOIS WELFARE AND
> PENSION FUNDS
>
> s/John J. Toomey
> ARNOLD AND KADJAN
> 19 W. Jackson Blvd., Suite 300
> Chicago, IL 60604
> Telephone No.: (312) 236-0415
> Facsimile No.: (312) 341-0438
> Dated: August 19, 2011